Priority ____
Send ____
Enter ____
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ____
Scan Only ____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLUMECOCOMO APPAREL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GUESS?, INC., a Delaware Corporation; DILLARD'S, INC., an Arkansas Corporation; BLOOMINGDALE'S, INC., a New York Corporation; MACY'S, INC., an Ohio Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: CV11-06694 RGK (RZx)<br><br>[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ACTION<br><br>Hon. R. GARY KLAUSNER |

1 |     Upon review of the Stipulation for Dismissal of Action and finding the relief
2 | requested appropriate,
3 |     IT IS ORDERED that the above-referenced action is dismissed in its entirety as to
4 | all defendants with prejudice and that this court shall retain jurisdiction over any disputes
5 | relating to the settlement agreement reached in this matter.
6 |     Each party is to bear its own costs and attorneys' fees incurred in this Action.
7 |     SO ORDERED.

Dated: October 11, 2012

*/s/ Gary Klausner*
_____
HON. R. GARY KLAUSNER
United States District Court Judge